UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COREY GORDON, et al.,

                      Plaintiffs,

            v.                                        **ORDER**
                                                      21-CV-259 (WFK) (JRC)

APS CONTRACTORS INC. and
WILLIAM DOE,

                      Defendants.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On February 20, 2024, the Honorable Magistrate Judge James R. Cho issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiffs' motion for default judgment. *See* ECF No. 37.

      The parties did not file any objections to the R&R, which were due by Tuesday, March 5, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court GRANTS Plaintiffs' motion for default judgment and awards Plaintiffs damages against Defendant APS Contractors Inc. as outlined in the R&R, DISMISSES Plaintiffs' claims against Defendant William Doe, and DENIES Plaintiffs' request for punitive damages. Plaintiffs are ORDERED to submit a revised proposed order for default judgment which reflects the damages awards outlined on page 27 of the R&R.

      Plaintiffs are directed to serve a copy of this Order upon Defendant APS Contractors Inc. and file proof of service on ECF.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 28 and 37.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 3, 2024
       Brooklyn, New York